|   |   |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>v.<br><br>BOSA DEVELOPMENT CALIFORNIA II, INC.; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>                              Defendants. | Case No.: 3:19-cv-01847-AJB-BGS<br><br>**ORDER DENYING WITHOUT PREJUDICE BOSA DEVELOPMENT CALIFORNIA II, INC.'S MOTION TO DISMISS**<br><br>**(Doc. No. 5)** |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Before the Court is Bosa Development California II, Inc.'s ("Bosa") motion to dismiss the Complaint. (Doc. No. 5.) On April 3, 2017, Liberty Mutual Fire Insurance Company ("Liberty") filed a complaint for declaratory relief in this Court against Bosa, ISCOP, and various other defendants, ("Liberty's Action", Case No. 17-cv-666). Liberty's complaint sought a judicial declaration that there were multiple occurrences for which Bosa is liable for under an insurance contract ("Liberty Policy"). That same day, Bosa filed a complaint against Liberty in San Diego Superior Court ("Bosa's Action", Case No. 17-cv-00945). Bosa's complaint includes, among other things, a claim for declaratory relief. Bosa's Action was then removed to this Court on May 8, 2017. On September 25, 2019, Liberty filed this case against Bosa and ICOSP, seeking monetary relief if it is determined

that there was only one occurrence under the Liberty Policy. On August 16, 2019, Liberty filed a motion for summary judgment in Liberty's Action, (Case No. 17-cv-666, Doc. No. 156), and Bosa filed a motion for partial summary judgment. The central issue for determination by the Court was how many "occurrences" arose under the applicable insurance policy, and accordingly, how many "deductibles" the insured, Bosa is liable for. The Court granted Liberty's motion for summary judgment on April 13, 2020. (Case No. 17-cv-666, Doc. No. 199.) On May 12, 2020, Bosa appealed the decision to the Ninth Circuit, and the appeal is currently pending. (Case No. 17-cv-666, Doc. No. 204.) In light of the appeal, this Court stayed all matters involving Liberty and Bosa pending resolution of Bosa's appeal. (Doc. No. 31.) Because the appeal bears directly on Bosa's pending motion to dismiss, and because the matter is stayed, the Court will **DENY WITHOUT PREJUDICE** Bosa's motion to dismiss at this time. Bosa **MAY REFILE** this motion, as appropriate, pending the Ninth Circuit's resolution of Bosa's appeal in Case. No. 17-cv-666, and the lifting of the stay in this matter.

**IT IS SO ORDERED.**

Dated: November 25, 2020

Hon. Anthony J. Battaglia
United States District Judge