1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | Case No.: 3:19-cv-01847-AJB-BGS |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE |
| v. | |
| BOSA DEVELOPMENT CALIFORNIA II, INC.; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | |
| Defendants. | |

Based upon the parties' Joint Motion to Dismiss Action with Prejudice (the "Joint Motion"), and good cause appearing therefor, IT IS HEREBY ORDERED that:

1.    The Joint Motion is GRANTED;

2.    The Clerk of the Court is hereby directed to DISMISS WITH PREJUDICE the above-captioned action; and

3.    The Parties to the above-captioned action will each bear their own costs, including attorneys' fees.

IT IS SO ORDERED.

Dated: March 17, 2022

Hon. Anthony J. Battaglia
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28